# Yellow Chief Coal Company's Trustee v. Preston, et al.

(Decided November 11, 1915.)

### Appeal from Johnson Circuit Court.

H. R. DYSARD for appellant.

J. K. WELLS for appellees.

OPINION OF THE COURT BY JUDGE NUNN—Reversing.

Decided upon the authority of Yellow Chief Coal Company's Trustee v. Johnson, this day decided.

Except the amount of money involved, the issues and the principles of law applicable thereto, as well as the judgment appealed from, are identical with those in the case of Yellow Chief Coal Company's Trustee v. Johnson, this day decided.

On the authority of that case, the judgment is reversed, with direction for proceedings in the lower court consistent with the opinion rendered in that case.